IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02484-MSK-BNB

STEVE BURKE,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Scheduling Conference, Stay Discovery and Bifurcate Coverage Issue** [docket no. 9, filed November 17, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED, except for the issue of bifurcation which is to be raised in a separate motion to the District Judge.

DATED:  November 18, 2010