IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02484-MSK-BNB

STEVE BURKE,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## **ORDER**

At the request of the parties,

IT IS ORDERED that discovery and pretrial matters, other than those directed at the issue of determining insurance coverage, are STAYED to the earlier of (1) May 2, 2011, or (2) ten days after a ruling determining the issue of insurance coverage.

Dated December 8, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge