IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02484-MSK-BNB

HIGH STREET LOFTS CONDOMINIUM ASSOCIATION, INC.,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Joint Motion to Substitute a Party and Amend Caption** [Doc. # 16, filed 12/8/2010] (the "Motion").

IT IS ORDERED:

(1)   The Motion [Doc. # 16] is GRANTED;

(2)   Steve Burke is removed as a party to the action and High Street Lofts Condominium Association, Inc., is substituted as plaintiff ; and

(3)   The caption is modified as indicated above.

Dated December 9, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge