IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02484-MSK-BNB

HIGH STREET LOFTS CONDOMINIUM ASSOCIATION, INC.,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Defendant's <u>Partially Opposed</u> Motion for Extension of Discovery Stay** [Doc. # 26, filed 4/29/2011] (the "Motion for Stay"). I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion for Stay [Doc. # 26] is GRANTED;

(2)   Discovery and pretrial matters, other than those related to Defendant's Motion for Summary Judgment [Doc. # 21], are STAYED to the earlier of (1) November 15, 2011, or (2) ten days after a ruling on Defendant's Motion for Summary Judgment;

(3)   The parties shall file a status report within ten days after a ruling on the Defendant's Motion for Summary Judgment advising me of the nature of the ruling and the pretrial matters, if any, to be scheduled; and

(4)   A scheduling conference is set for **November 15, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  The parties shall prepare a proposed scheduling order and submit it to the court on or before **November 11, 2011**.

Dated June 13, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge